UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION


ANTIONE SAMULE LEE,

               Plaintiff

        v.                             C-1-12-77

MARGIE PAULDINE, *et al.*,

               Defendants


## ORDER

This matter is before the Court upon the Report and Recommendation of the United States Magistrate Judge (doc. no. 26) to which neither party has objected.

Upon a *de novo* review of the record, the Court finds that the Judge has accurately set forth the applicable law and has properly applied it to the particular facts of this case.  Accordingly, in the absence of any objection by plaintiff, this Court accepts the Report as uncontroverted.

The Report and Recommendation of the United States Magistrate Judge (doc. no. 26) is hereby **ADOPTED AND INCORPORATED HEREIN BY REFERENCE**.  Defendant Pauldine's  motion to dismiss the complaint

pursuant to Fed. R. Civ. P. 12(b)(6) (doc. no. 10) is **GRANTED.** The

County defendants' Joint Motion for Judgment on the Pleadings (doc. no.

23) is **GRANTED.**

The Court **CERTIFIES** pursuant to 28 U.S.C. § 1915(a)(3) that for

the foregoing reasons, an appeal of this Court's Order would not be

taken in good faith. *See McGore v. Wrigglesworth,* 114 F.3d 601 Cir.

1997).

This case is **DISMISSED AND TERMINATED** on the docket of this

Court.

**IT IS SO ORDERED.**

_____s/Herman J. Weber_____
**Herman J. Weber, Senior Judge**
**United States District Court**